```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


RICHARD VINCENT,
                                        NO. CIV. S-07-645 LKK/DAD
          Plaintiff,

     v.
                                                 O R D E R
NEW CENTURY MORTGAGE, CENTURY
MORTGAGE CORPORATION, GM
MORTGAGE GROUP, CHASE HOME
FINANCE LLC, and FIRST AMERICAN
LOANSTAR TRUSTEE SERVICES,

          Defendants.
                                    /
```

Pending before the court is Chase Home Finance LLC's ("Chase") motion to dismiss filed on July 17, 2007. On August 27, 2007 the court heard oral arguments on the motion.

Plaintiff Vincent brought action against Chase, alleging violations of the Truth in Lending Act, Fair Credit Reporting Act, California's Unfair Competition Law, as well as breach of contract and good faith dealing, and unjust enrichment. In his reply brief, plaintiff conceded that several of these claims were not directed at Chase; at oral argument, plaintiff conceded that Chase was

1

1  merely the servicer of the loan, which would preclude relief on his
2  remaining claims. Therefore, defendant Chase's motion to dismiss
3  is GRANTED.
4      IT IS SO ORDERED.
5      DATED:  August 31, 2007.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT