UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD VINCENT,

          Plaintiff,

    v.

NEW CENTURY MORTGAGE, CENTURY MORTGAGE CORPORATION, GM MORTGAGE GROUP, CHASE HOME FINANCE LLC, and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES,

          Defendants.

NO. CIV. S-07-645 LKK/DAD

O R D E R

/

    Pending before the court is First American Loanstar Trustee Services' ("Lonestar") motion for judgment on the pleadings filed on September 18, 2007. The plaintiff has filed a notice of non-opposition to this motion.

    A motion for judgment on the pleadings may be brought "[a]fter the pleadings are closed but within such time as to not delay the trial." Fed. R. Civ. P. 12(c). A "dismissal on the pleadings for failure to state a claim is proper only if 'the movant clearly establishes that no material issue of fact remains

to be resolved and that he is entitled to judgment as a matter of law.'" <u>Doleman v. Meiji Mut. Life Ins. Co.</u>, 727 F.2d 1480, 1482 (9th Cir. 1984)(quoting 5 C. Wright & A. Miller, <u>Federal Practice and Procedure: Civil</u> § 1368, at 690 (1969)). Here, defendant Lonestar filed an answer on July 2, 2007, closing the pleadings for the purpose of this motion. After reviewing the defendant's motion and considering the plaintiff's non-opposition to it, the court GRANTS the defendant's motion. Defendant First American Loanstar Trustee Services is dismissed from this action.

The scheduling conference currently set for October 22, 2007 at 10:00 AM is reset to October 22, 2007 at 3:30 PM.

IT IS SO ORDERED.

DATED:  October 16, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT