UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD VINCENT,

        Plaintiff,             NO. CIV. S-07-645 LKK/DAD

   v.                                O R D E R

NEW CENTURY MORTGAGE, CENTURY MORTGAGE CORPORATION, GM MORTGAGE GROUP, CHASE HOME FINANCE LLC, and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES,

        Defendants.
_____/

    A status conference was held in chambers on October 22, 2007. After hearing, the court orders as follows:

    1.    A further status conference is set for December 17, 2007 at 3:00 p.m.

    2.    Plaintiff is granted forty-five (45) days to serve GMAC and give notice of the status conference.

    IT IS SO ORDERED.

    DATED: October 25, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT