UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD VINCENT,

                             NO. CIV. S-07-645 LKK/DAD

       Plaintiff,

   v.

                           O R D E R

NEW CENTURY MORTGAGE, CENTURY
MORTGAGE CORPORATION, GM
MORTGAGE GROUP, CHASE HOME
FINANCE LLC, and FIRST AMERICAN
LOANSTAR TRUSTEE SERVICES,

       Defendants.

_____/

    In light of the plaintiff counsel's pending motion to withdraw, the court VACATES the status conference currently set for February 4, 2008.

    IT IS SO ORDERED.

    DATED:  February 1, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1