1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

RICHARD VINCENT,

10                              NO. CIV. S-07-645 LKK/DAD

11        Plaintiff,

12     v.
                                O R D E R
13  NEW CENTURY MORTGAGE, CENTURY
    MORTGAGE CORPORATION, GM
14  MORTGAGE GROUP, CHASE HOME
    FINANCE LLC, and FIRST AMERICAN
15  LOANSTAR TRUSTEE SERVICES,

16        Defendants.

17  _____/

18      On February 25, 2008, the court held a hearing on the motion

19  to withdraw filed by counsel for plaintiff.  Only counsel for

20  plaintiff appeared.

21      The court orders as follows:

22      1.   The motion to withdraw is GRANTED;

23      2.   Counsel is ORDERED to release all client papers and

24           property to client within fifteen (15) days of the date

25           of this order, including correspondences, pleadings,

26           deposition transcripts, exhibits, physical evidence,

1

1    expert reports, and other items reasonably necessary to

2    the client's representation, whether the client has paid

3    for them or not, in accordance with Rule 3-700(D) of the

4    California Rules of Professional Conduct;

5    3.   Counsel for plaintiff is ORDERED to serve a copy of this

6    order on plaintiff;

7    4.   Plaintiff is ORDERED to inform the court within 30 days

8    with his intention to proceed *pro se* or with the name of

9    his new counsel.  If, at the expiration of 30 days, the

10   plaintiff has not contacted the court, the court will

11   presume that the plaintiff wishes to proceed *pro se* and

12   accordingly refer the matter to the magistrate judge

13   assigned to this case.

14   IT IS SO ORDERED.

15   DATED:  March 7, 2008.

17   _____
     LAWRENCE K. KARLTON
18   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

2