UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD VINCENT,

          Plaintiff,

   v.

NEW CENTURY MORTGAGE, CENTURY MORTGAGE CORPORATION, GM MORTGAGE GROUP, CHASE HOME FINANCE LLC, and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES,

          Defendants.

NO. CIV. S-07-645 LKK/DAD

O R D E R

On March 10, 2008, the court granted plaintiff counsel's motion to withdraw and ordered plaintiff to inform the court, within thirty days, of his intention to proceed with substituted counsel. That time has now expired without plaintiff having so notified the court. Accordingly, the court presumes that plaintiff chooses to proceed *pro se*.

Therefore, this matter is REFERRED to the Magistrate Judge for all pretrial proceedings, pursuant to Local Rule 72-302.

Henceforth, the caption on documents filed in this case shall

1

1  be known as "2:07-cv-00645-LKK-DAD PS."
2       IT IS SO ORDERED.
3       DATED: April 16, 2008.

```
                            /s/ Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```