IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ALAN VINCENT,

     Plaintiff,                       No. CIV S-07-0645 LKK DAD PS

    v.

CHASE HOME FINANCE, LLC, et al.,

     Defendants.             <u>ORDER</u>

_____/

        Plaintiff, through counsel, filed the above-entitled action on April 2, 2007. On April 16, 2008, upon the withdrawal of plaintiff's counsel, the matter was referred to the assigned United States Magistrate Judge for further proceedings pursuant to Local Rule 72-302(c)(21).

        On April 22, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. No objections have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 22, 2008, are adopted in full;

2. This action is dismissed without prejudice against unserved defendants New Century Mortgage Corporation and GM Mortgage Group; and

3. The Clerk of the Court shall close the case and enter judgment for defendants Chase Home Finance, LLC and First American Loanstar Trustee Services pursuant to the orders filed in this action on September 4, 2007, and October 16, 2007.

DATED: June 12, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT